June 22, 2012

Mr. Frank E. Perez
Frank E. Perez & Associates, P.C.
300 Mexico Boulevard
Brownsville, TX 78520

Mr. John C. Schwambach Jr.
Stevenson & Murray
24 Greenway Plaza, Suite 750
Houston, TX 77046-2416
Mr. Jack O'Neill
Clements O'Neill Pierce & Nickens, LLP
1000 Louisiana Street, Suite 1800
Houston, TX 77002-5009

RE: Case Number: 10-0435
 Court of Appeals Number: 04-08-00660-CV
 Trial Court Number: DC-06-195

Style: WEEKS MARINE, INC.
 v.
 MAXIMINO GARZA

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Keith E. |
| |Hottle |
| |Mr. Eloy Garcia|